

# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2020

No. 04-19-00776-CV

**IN RE STATE OF TEXAS**, ex. rel. Todd A. "Tadeo" Durden, County Attorney

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Patricia O. Alvarez, Justice
                Irene Rios, Justice
                Liza A. Rodriguez, Justice

On December 4, 2019, this court issued an opinion dismissing relator's petition for writ of mandamus as moot. On December 20, 2019, relator filed a motion for rehearing and the real parties in interest filed an objection. After considering the arguments raised by relator and the real parties in interest, the motion for rehearing is hereby DENIED. Costs and sanctions requested by the real parties in interest are DENIED.

It is so **ORDERED** on January 6, 2020.

PER CURIAM

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 4845, 4863, 4866, styled *The State of Texas, ex. rel. Todd A. Durden, in His Official Capacity as County Attorney v. James T. "Tully" Shahan, in His Official Capacity as County Judge; et al.*, pending in the 63rd Judicial District Court, Kinney County, Texas, the Honorable Sid L. Harle presiding.